**FILED**
JUL 31 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

#252731

KARLTON E. HOKE
  Petitioner,
1901 D Street, S.E. - SW 1-1
W, DC.
20003    vs.

STANLEY WALDERN, Dep.Warden:
UNITED STATES PAROLE COMMISSION
  Respondents,

Case: 1:08-cv-01325
Assigned To : Roberts, Richard W.
Assign. Date : 7/31/2008
Description: Habeas Corpus/2255

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2241

**COMES NOW,** Petitioner, moving Pro Se, respectfully petitions this Honorable Court to respectively grant a hearing to show cause on the merits of this petition as the U.S Constitution honors have been violated and the rights of a certain group and class of people are being affected thereby which directly affects the Civil Rights of this person. Petitioner presents this petition with prima facie evidence, and comes in Good Faith and in the Interest of Justice.

### CHRONOLOGY OF EVENTS

On October 20, 1993, the Petitioner was sentenced in the U.S Superior Court for the District of Columbia, under the *Good Time Credits Act of 1987,* on Case # F-0680-93 (Counts B, C, D); Count B is Possession w/ Intent to Distribute Cocaine; Count C is Unlawful Possession of Drug Paraphernalia; and Count D is Unlawful Possession of Ammunition. As to Count B, 4-12 years to be served consecutive to any other sentence, ESS 3 years supervised Probation; as to Count C, "Time Served; as to Count D, 1 (one) year in prison to run consecutive with Count B, ESS one year Supervised Probation, with 100 hours of community service. On 8/10/95, petitioner's Probation was revoked in the aforementioned case on all counts. Upon revocation, the petitioner was consequently sentenced to 2 to 6 years on Count B, and one year on Count D, with Count D running concurrent with Count B for a consolidated sentence of three to six years to be served. Subsequent to that, the petitioner received an additional sentence in case # F-1819-95,

RECEIVED
JUL 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(Attempt Possession w/ Intent to distribute Cocaine), and received 3 to 9 years with both sentences aggregated together for a maximum term of five to fifteen years (Full Term Expiration of 2010). After revocation of his probation in case # F-0680-93, on 8/11/95, the petitioner was also held in violation of parole supervision under the United States Parole Commission [hereafter "The Commission"] and upon its revocation he was given a set off, and his full term expiration date was enlarged by some four (4) years (2014), as a result of street time being forfeited, accordingly, in compliance with the Noble Act.

## DISCUSSION

The petitioner contests here that irregardless the level of custody, he has remained in the continual custody of the U.S Attorney General in one fashion or another since the onset of his sentence in 1995. Whether actually in physical custody (confinement); a Community Correctional Center (halfway house); a Therapeutic setting (Drug treatment Facility); or actual Custodial parole, al of the aforesaid which represent different levels of custody to one extent or another. Custody is custody. Therefore all levels of custody must count towards the full term expiration of his sentence imposed in 1995. As D.C. Code 24-404 grants authorization of parole, custody or discharge (formerly D.C. Code 24-204). This statute recognized that "while prisoners are on parole, a paroled prisoner shall remain in the legal custody and under control of the United States Attorney General until the expiration of the maximum term or terms specified in his sentence without regards to good time allowance. The Attorney General may promulgate rules and regulations under which "the Commission" in its discretion, may discharge a parolee from supervision prior to the expiration date. However, it makes no provision which allows "the Commission" to hold prisoners beyond the expiration date of a sentence [neither could it] without violating Constitutional law under "Due Process" (i.e, 14th Amendment), and the Bill of Rights and the Bill of Attainder by enlarging the court's original term of imprisonment imposed. This is only sanctioned through judicial procedures and other representative of the Judicial Branch of Government (not the Executive). Further, "The Commission", falling under the Executive Branch of Government, should not and could not function in capacity of the Judicial Branch of

Government without first, offending the Constitution under the "Separation of Power Doctrine", Article I, II, and III of the Bill of Attainder.

Thus, no agency can function under two branches of the Government in that regard, for it would promote dictatorship and/or possibly a totalitarianistic government. Therefore, Congress may not and thereby <u>shall</u> <u>not</u> delegate such authority to the "Commsission" in violation of the Separation of Power Doctrine. And if so, this court must lift its veil and correct such grave miscarriage of justice and demote this potential threat to America's democracy. The Petitioner here is entitled to all time spent in custody irrespective the level of custody. Parole is a custodial level placing various forms of restraints on individuals' liberties (Custodial Parole). Therefore, the Petitioner may not, and thus shall not be deprived of any time spent in custody, credits which are to count towards the expiration of his sentence; (i.e, Custodial parole, otherwise "Street Time Credits"). This time cannot be revamped and must be calculated towards the full term expiration of the original penalty imposed in the Judgment and Commitmet Order.

**Arguments**

In Jones v. Cunningham, 371 U.S 2236 (1963), the Court held that "the prisoner released on parole from immediate physical confinement was nonetheless sufficiently restrained of his freedom as to be in custody for the purpose of Habeas petition." In Preiser v. Rodriguez, 411 U.S. 475-93 S.Ct. 1827-36 L.Ed.2d 439, the Court further held that "When a prisoner is released to parole status, though he is free in the sense of physical custody, he is still serving out his sentence with the exception of enclosed walls. When a parolee has to report to a parole officer, can't leave the jurisdiction where he resides, must submit to urine testing, must keep and maintain employment, etc... he is very much still being restricted and/or restrained. The Court also in Jones v. Cunningham that "these and other types of restraints constitute continued custody because free men in this country are not subject to such restraints on their liberties". A242... The Court goes on to say, "when a period fixed by a Judgment and Commitment Order and its calculated release has been satisfied, the controlling custodian shall no longer hold the prisoner hostage under the original sentence- whether he has or has not made parole, or whether

parole was revoked. Again, the paroled prisoner is not a free man while on parole. see Hyser v. Reed supra 115 U.S App. D.C. 254, 318 F.2d 225-35; in which the Supreme Court held long ago that "Parole is imprisonment in terms of all legal affects; Anderson v. Corall, 263 U.S. 193-96, 44 S.Ct. 46-68 L.Ed. 247 (1923). Finally, the controlling Judgment and Commitment

Order does not give the U.S Attorney General nor any of his representatives (in this case the U.S Parole Commission, under Executive Branch) the authority to alter, amend, or change the prescribed penalty handed down by the Honorable federal court (representing the Federal Judiciary) without first, offending the U.S Constitutional due Process of Law; "Criminal Procedures 8.5 Sentencing and Punishments".

In concluding-the power to affix the penalty upon conviction is vested exclusively in the trial and appellate courts with no opposition in respect to that power, providing that the penalty imposed does not exceed its statutory limitation. Now see Plummer v. United States, 870 A.2d 539 (2005). Whereas, "a revocation hearing is not a trial. It is merely administrative procedures within the framework of prisoners' rehabilitation, a process within the overall penal scheme. Again, see Hyser v. Reed, And also Story v. Rives, 68 D.C 325, 331; 97 F.2d 182-88. In that, the petitioner's contention here is as follows: that irregardless the level of his custody, (whether behind closed walls setting, or on parole supervision) at all times since the imposition of his sentence in 1995, he has remained in the continuous custody and care of the U.S Attorney General in one form or another (i.e, whether physical confinement, halfway house, a drug treatment facility, or custodial parole). All these are forms of restraints unbeknown to common free man in this country and therefore must be accredited and accounted towards the full term expiration of his sentence. That under Article I, II, and III of the Bill of Attainder, "An Administrative agency representing the Executive Branch of Government do not have the authority to alter, amend, or change the penalty prescribed and handed down by the Courts in its judgment and Commitment Order. In this case, the forfeiture of street time while on Custodial Parole alters and change the petitioner's full term date by some four years, something only a representative of the Judicial Branch (Courts) have the authority to do without violating the Due Process Clause of the Constitution of the United States. With this being established, this writer has real expectation that this Honorable Court, in

its jurisprudence, having jurisdiction hereof, would do noneother than sustain previous affirmations in this matter and render judgment against the respondent through the issuance of this "Mighty Writ of Liberty".

### Relief Sought

1.) Find that both respondents are in violation of Constitutional Law-engaging in practice contrary to the law of this Nation when infringing on Judicial procedures as an Executive Branch of Government violating the "Separation of Powers Doctrine" under Article I, II, and III of the Bill of Attainder.
2.) Order the Respondent "The Commission" to reimburse any and all street time forfeited as a result of revocation of his supervision.
3.) Any remedy the Court deem appropriate to correct this potential grave miscarriage of Justice.

I hereby swear under the penalty of perjury that the foregoing information contained herewithin is accurate and true to the best of my knowledge.

Respectfully Submitted,

/s/ *Karlton E. Hoke*
Karlton Hoke

## CERTIFICATE OF SERVICE

    I hereby certify that copies of this foregoing litigation was mailed via First Class Mail to the Clerk of the District Court @ 333 Constitution Avenue, N.W., Washington, D.C. 20001, on this 24 day of JUNE, 2008.


Respectfully Submitted,


/s/ *Karlton E. Hoke*
Karlton E. Hoke, Pro Se



08 1325
**FILED**
JUL 31 2008
**Clerk, U.S. District and Bankruptcy Courts**

```
JS-44
(Rev.1/05 DC)
```
# CIVIL COVER SHEET

08-1325
RWR

## I (a) PLAINTIFFS
KARLTON E. HAKE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **11001**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE / PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
STANLEY WALDERN, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

Case: 1:08-cv-01325
Assigned To : Roberts, Richard W.
Assign. Date : 7/31/2008
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ●2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —

| ☒ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7.31.08   SIGNATURE OF ATTORNEY OF RECORD   NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd